## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 171 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1149 MDA |
| | : | 2023 entered on April 1, 2024, |
| MAURICE LAMONT JONES, JR., | : | **affirming** the Judgment of Sentence |
| | : | of the Adams County Court of |
| Petitioner | : | Common Pleas at No. CP-01-CR- |
| | : | 0000130-2022 entered on July 21, |
| | | 2023 |

## ORDER

**PER CURIAM**                                      **DECIDED: September 5, 2025**

**AND NOW**, this 5th day of September, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, 335 A.3d 1158 (Pa. 2025).